**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ANDREW J. DSIDA,                         : No. 285 WAL 2017
                                         :
               Respondent                :
                                         : Petition for Allowance of Appeal from
                                         : the Order of the Superior Court
        v.                               :
                                         :
                                         :
                                         :
HEATHER J. ESPOSITO,                     :
                                         :
               Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.